FILED

2009 Jul-20  PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JIMMY WHITE,                                     )
                                                 )
        Plaintiff,                               )
                                                 )
v.                                               )          5:08-CV-01820-PWG
                                                 )
                                                 )
BLAKE DORNING and DR. WILLIAMS,                  )
                                                 )
        Defendants.                              )

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 10, 2009, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for

failing to state a claim upon which relief may be.  No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including

the report and recommendation, the Court is of the opinion that the magistrate judge's report is due

to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the

complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for  failing to state a claim upon

which relief may be granted.  A Final Judgment will be entered.

Done this 20th day of July 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

**153671**